IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07cr136-MHT |
| v. ) | |
| ) | |
| KEITH ANDERSON ) | |

## ORDER

Defendant, KEITH ANDERSON, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, KEITH ANDERSON, appear with counsel before the undersigned Magistrate Judge on July 25, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 17th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE