# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** | * |
| Plaintiff | * |
| v. | *  Case no. **2:07cr 136-MHT** |
| **ROBERT BARBER** | * |
| Defendant | * |

## NOTICE OF APPEARANCE

**COMES NOW,** Joseph K. Rodgers, and hereby gives notice to this Honorable Court and all interested parties that I have been retained as counsel for the defendant in the above-styled cause. The undersigned request service of all discovery, documents, pleadings and other things in accordance with Federal law.

Respectfully submitted this the 24th day of July 2007.

_____
Joseph Keith Rodgers (ROD015)
472 S. Lawrence St., Ste 101-A
Montgomery, AL  36104
Phone  334.262.0508
Fax  334.834.4796