# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

KEITH ANDERSON

WAIVER OF INDICTMENT

CASE NUMBER: 2:07cr 136-MHT

I, _____ KEITH ANDERSON _____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 1466A(a)(2), 18 USC § 2252A(a)(1), and 18 USC § 2252A(a)(5)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __ 7·25-07 __ prosecution by indictment and consent that the
                                Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer