| COURTROOM DEPUTY MINUTES | DATE: 7/25/07 | DIGITAL RECORDING: 10:08 - 10:33 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Risa Entrekin |

❏ ARRAIGNMENT  ❏ CHANGE OF PLEA  x-CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:07cr136-MHT*   **DEFENDANT NAME:** *Keith Anderson*
**AUSA:** *Jerusha Adams*   **DEFENDANT ATTY:** *Joseph Rodgers*
Type Counsel:  ( ) Waived;  (X) Retained;  ( ) Panel CJA;  ( ) CDO
**USPO:** Doug Mathis
Defendant _____ does   __x__ does NOT need and interpreter.
Interpreter present?  __x__ NO  _____ YES   Name: _____

X — This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X —** WAIVER OF INDICTMENT executed and filed.

X — FELONY INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ❏ Not Guilty    ❏ Nol Contendere
❏ Not Guilty by reason of insanity
x❏ Guilty as to:
   X -Count(s) 1, 2, 3   of the Felony Information.
   ❏ Count(s) _____ ❏ dismissed on oral motion of USA;
   ❏ to be dismissed at sentencing

**X —   ORAL ORDER ADJUDICATING GUILT as to COUNTS 1, 2, 3.**

X— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

X —   **ORDER:** Defendant be released on Bond until Sentencing   X to be set by Separate Order

10:33 - 10:52   DETENTION HEARING HELD
Denise Anderson and Fred Allen Anderson testified in behalf of son; Government questioned Witnesses; Court Ordered defendant be released on $25,000 BOND; Home Confinement and Electronic Monitoring; Defendant to check with probation officer before leaving premises of parents.