IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT 10  P 4: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES | * |
| Plaintiff | * |
| v. | * Case no. 2:07-cr-136-MHT |
| KEITH ANDREW ANDERSON | * |
| Defendant | * |

## MOTION TO SEAL

**COMES NOW** the Defendant, **KEITH ANDREW ANDERSON,** by and through undersigned counsel and moves this Honorable Court to seal the Sentencing Memorandum filed in the above-styled case.

Respectfully submitted this 10th day of October 2007.

/s/ Joseph Keith Rodgers
Joseph Keith Rodgers (ROD015)
472 S. Lawrence St., Ste 101-A
Montgomery, AL  36104
Phone   334.262.0508
Fax     334.834.4796

## CERTIFICATE OF SERVICE

I certify that on the 10th day of October 2007, the foregoing document was served on counsel listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
(XX) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;

Nathan D. Stump
Assistant United States Attorney
United States Attorney's Office-Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

P. Douglas Mathis, Jr.
United States Probation Officer
Frank M. Johnson, Jr. U.S. Courthouse Complex
One Church Street
Montgomery, AL 36104-4018

/s/ Joseph Keith Rodgers
Joseph Keith Rodgers (ROD015)
472 S. Lawrence St.
Montgomery, AL 36104
Phone 334.462.4432
Fax 334.834.4796