IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr136-MHT |
| **KEITH ANDREW ANDERSON** | ) | |

## ORDER

It is ORDERED that the motion to seal (Doc. No. 16) is granted.

DONE, this the 11th day of October, 2006.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**