IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr136-MHT |
| ) | |
| KEITH ANDERSON ) | |

NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 18, United States Code, Section 1466A(a)(2); Title 18, United States Code, Section 2252A(a)(1); and, Title 18, United States Code, Section 2252A(a)(5)(B) as alleged in Counts 1 through 3 of the Information, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 1467 and Title 18, United States Code, 2253:

1. One Gateway Select 1200 computer, model number ATXSTFNOS, bearing serial number 0023899099;

2. One KDS ThinNote Computer, bearing serial number 1059400095, with charging cord; and,

3. One Dell desktop computer, bearing serial number G88H501.

Respectfully submitted this 12th day of October, 2007.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Office of the United States Attorney
                Middle District of Alabama
                131 Clayton Street
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov
                Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                Respectfully submitted,

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney