**Patrick J Snell**
**253 Kroy Drive**
**Montgomery, AL 36117**
**(334) 549-1371**
pat@pcwonline.com

| | |
|---|---|
| **Profile** | **Extensive background in all aspects computer systems software, hardware, administration, maintenance, & support.** |

**Professional Experience**

**PC Works, Inc.  Montgomery, AL**                                           1995 - 2007
*Founder & President*
- Administer corporation: Oversee personnel actions, purchasing, sales, inventory management, and customer relations
- Full network design, installation, maintenance, and application software integration
- Design, build, and integrate custom computer systems for document imaging, barcode applications, digital recording studios, and unique applications

**MCR Federal, Inc. Montgomery, AL**                                          1999 – 2000
*Senior Analyst*
- Senior administrator for three computer system networks
  Production: 60 workstations, scanners, network printers, 3 servers
  Classrooms: (2 each) 48 workstations and 1 server, projectors, sound equipment, network printers
- Train, supervise, and manage network service technicians

**US Air Force Montgomery, AL**                                               1988 - 1997
*Software Development Project Manager*
- Manage all Unisys mainframe system interfaces for the Air Force Base Level supply system consisting of $ 3.5 billion in inventory
- Integrate all new hardware for use with mainframe database:barcode printers / scanners, PC workstation emulation cards and software, and PC applications
- Train, supervise, and manage Air Force, Civil Service, and contract computer programmer

**US Air Force Sunnyvale, CA**                                                1981 - 1988
*DOD Satellite Systems Computer Operations Manager*
- Manage operations of twelve Varian 75 mainframe systems and eighteen Air Force and Civil Service computer operators for processing of live DOD Satellite Data
- Maintain critical satellite support schedule and coordinate system maintenance
- Train, supervise, and manage Air Force and Civil Service computer system operators

**US Air Force Omaha, NE** *1980 – 1981*
***Air Force Global Weather Systems Computer Operation Supervisor***
- Supervise operation of 2 Data General mainframe systems and 5 Air Force computer operators for processing of live Global Weather Satellite data
- Maintain critical satellite support schedule and coordinate system maintenance
- Train, supervise, and manage Air Force computer system operators

**US Air Force Tampa, FL – Kunsan, Korea – Taegu, Korea** *1976 - 1980*
***Fighter Aircraft Maintenance Technician***
- Major maintenance and complete overhaul of Air Force F4 Phantom aircraft

**Security Clearance**   **Top Secret SEI**   *Expired*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| Plaintiff | * | |
| v. | * | Case no. 2:07-cr-136-MHT |
| **KEITH ANDREW ANDERSON** | * | |
| **Defendant** | * | |

## AFFIDAVIT

My name is **Patrick Snell** and I swear or affirm that the following averments are true and correct to the best of my education, experience, knowledge and belief:

1. I am a computer expert (please see attached resume).

2. On October 16, 2007, I had the opportunity to review the forensic hard drive data, files and images in the possession of the Alabama Bureau of Investigation, made basis of the charges against the defendant in this cause.

3. The forensic data came from two hard drives; one arbitrarily designated as an "in-use" computer and the other arbitrarily designated as a "not-in-use" computer.

4. Regarding the Defendant's "**in-use**" computer: There was no evidence that I discovered or evidence shown to me by the Alabama Bureau of Investigation examiner that indicated that there were any useable pornographic files on this

computer; they had apparently all been deleted before his computer was removed by the local authorities.

5. Regarding the Defendant's **"not-in-use"** computer: There was no evidence that I discovered or evidence shown to me by the Alabama Bureau of Investigation examiner that indicated that pornographic files had been accessed after March 6 of 2006 on this computer.

6. It is impossible to determine whether the on-board clocks of either computer were functioning or not, or set correctly, bringing into question the date stamps and time stamps of when any of these files were created, accessed or deleted.

                                                            Patrick Snell

STATE OF ALABAMA       )
MONTGOMERY COUNTY   )

I the undersigned Notary Public for said County in said State, hereby certify that **Patrick Snell**, whose name is signed to this foregoing instrument and who is known to me, acknowledged before me on this day, that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand this 16th day of October, 2007.

Notary Public
My commission expires: 08/24/2011

## CERTIFICATE OF SERVICE

I certify that on the 10th day of October 2007, the foregoing document was served on counsel listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
(XX) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;


Nathan D. Stump
Assistant United States Attorney
United States Attorney's Office-Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

P. Douglas Mathis, Jr.
United States Probation Officer
Frank M. Johnson, Jr. U.S. Courthouse Complex
One Church Street
Montgomery, AL 36104-4018

                                     Joseph Keith Rodgers (ROD015)
                                     472 S. Lawrence St.
                                     Montgomery, AL 36104
                                     Phone 334.462.4432
                                     Fax 334.834.4796