IN THE UNITED STATED DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | CASE NO. 2:07-cr-136-MHT |
| | * | |
| KEITH ANDREW ANDERSON, | * | |
| | * | |
| DEFENDANT. | * | |

### NOTICE OF APPEARANCE

Comes now Stephen M. NeSmith, of the law firm of Riggs & NeSmith, P.A., and files this Notice of Appearance as co-counsel of record for the Defendant, Keith Andrew Anderson, and prays that copies of all pleadings, orders and notices be served upon him.

   /s/   Stephen M. NeSmith
**Stephen M. NeSmith (NES013)**
**Attorney for Defendant Anderson**
**Riggs & NeSmith, P.A.**
**Post Office Box 1047**
**Montgomery, Alabama 36101-1047**
**Tel. (334) 834-6990   Fax (334) 834-4796**
**Email: riggsnesmithpa@yahoo.com**

### Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon Hon. Nathan Stump of the U.S. Attorney's Office, electronically and by hand delivery in open court, on this 18th day of October, 2007.

   /s/   Stephen M. NeSmith
**Of Counsel**