**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

October 19, 2007

## *NOTICE OF DEFICIENCY*

TO:         Attorney Joseph Rodgers

FROM:    Sheila Carnes
              Senior Courtroom Deputy

SUBJECT:   USA v Keith Anderson; 2:07cr136-MHT
                  "Sentencing Memorandum" filed October 17, 2007 (Doc. 22)

The PDF attached to the referenced October 17, 2007, docket entry does not agree with the event code used when e-filing the document. The PDF is styled as "Defendant's Supplemental Response to Pre-Sentence Report" but the docket text denotes a Sentencing Memorandum. The docket text has been corrected to correspond with the PDF. Also, it is my understanding that Mr. Green, in our office, has previously contacted you regarding certificates of service which were not attached to documents 22 and 25 when originally e-filed.

We understand and appreciate that you have filing deadlines to meet but request that you assist us in making sure that your documents are properly before the court when e-filed. To assist you, reference manuals for electronic filing are located under the CM/ECF icon on our website (www.almd.uscourts.gov) and we encourage all attorneys to call our help desk (954-3935) with questions regarding menu options and filing procedures. Questions may also be addressed to the Courtroom Deputy assigned to the presiding Judge on the case, or to me at 954-3972.