# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 19, 2007

## NOTICE OF DEFICIENCY

**To:**                 **Nathan Stump**

**From:**             **Clerk's Office**

**Case Style:**      **USA vs. Keith Anderson**

**Case Number:**   **2:07-cr-00136-MHT**

**Referenced Pleading:**   **Document #27**
                            **Notice of Government's Supplemental Brief in Support of Applying**
                            **an Enhanced Statutory Minimum Prison Sentence for Defendant's**
                            **Prior Convictions**

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was docketed in this case in error as a Notice. The document should have been filed as a Brief/Response in Support. If you have questions as to how a particular document should be filed, please contact our help desk at 954-3935.**