**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

November 20, 2007

# NOTICE OF DEFICIENCY

| | |
|---|---|
| **To:** | Joseph Rodgers |
| **From:** | Clerk's Office |
| **Case Style:** | USA vs. Keith Anderson |
| **Case Number:** | 2:07cr136-MHT |
| **Referenced Pleading:** | Document #38 |
| | Sentence Memorandun |

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading is deficient in that the document does not contain a certificate of service stating that you serviced the United State with a copy of the document filed. Please send to the court the corrected document with the certificate of service attached and signed.**