IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr136-MHT |
| **KEITH ANDREW ANDERSON** | ) | |

### ORDER

It is ORDERED that a status conference is set for January 2, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104. The court would like to discuss whether sentencing should be delayed pending final resolution of the appeal in United States v. King, ___ F.3d ___, 2007 WL 4356293 (11th Cir. 2007). The government is to arrange for the presence of defendant Keith Andrew Anderson.

DONE, this the 18th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE