IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )      2:07cr136-MHT
KEITH ANDREW ANDERSON       )
```

ORDER

In light of the Eleventh Circuit Court of Appeal's recent decision in United States v. King, ___ F.3d ____, 2007 WL 4356293 (11th Cir. 2007), and the representations of the parties in open court on yesterday, it is ORDERED as follows:

(1) The sentencing of defendant Keith Andrew Anderson is continued generally.

(2) On Monday, March 3, 2008, and on the first Monday of each month thereafter, the government is to file a report on the status of the King appeal.

DONE, this the 3rd day of January, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE