# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case no. 2:07-cr-136-MHT |
| | * | |
| **KEITH ANDREW ANDERSON** | * | |
| | * | |
| Defendant | * | |
| | * | |

## DEFENDANT'S MOTION TO SET SENTENCING HEARING

**COMES NOW** the Defendant, **KEITH ANDREW ANDERSON,** by and through undersigned counsel and files this motion to set this matter for a sentencing hearing.  As for reasons, Your Defendant states unto the Court that he has weighed his concerns about being sentenced while a certain case or cases were on appeal that could potentially alter his sentence, and after further consultation with his attorneys decided that it would be in his best interest to begin his sentence as soon a practicable.

WHEREFORE, PREMISES CONSIDERED, Your Defendant prays that this Honorable Court set this matter for a sentencing hearing as soon a practicable.

                */s/ Joseph Keith Rodgers*
                Joseph Keith Rodgers (ROD015)
                472 S. Lawrence St., Ste 101-A
                Montgomery, AL  36104
                Phone   334.262.0508
                Fax     334.834.4796

## **CERTIFICATE OF SERVICE**

      I certify that I have served via the ECF Filing System the forgoing document on all counsel of record on this 15th day of January 2008.

                                                                               _/s/ Joseph Keith Rodgers_
                                                                               Joseph Keith Rodgers