IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:07cr136-MHT |
| **KEITH ANDREW ANDERSON** ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Keith Andrew Anderson's motion to set sentencing (Doc. No. 45) is granted.

(2) Sentencing for defendant Anderson is set for February 6, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 22nd day of January, 2008.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**