IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       2:07cr136-MHT
KEITH ANDREW ANDERSON         )
```

ORDER

It is ORDERED that the motion to substitute counsel

(Doc. No. 47) is granted.

DONE, this the 7th day of February, 2008.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE