IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr136-MHT |
| **KEITH ANDREW ANDERSON** | ) | |

<u>ORDER</u>

Based upon the representations made in open court on February 6, 2008, it is ORDERED as follows:

(1) The motion to rescind (Doc. No. 48) is granted.

(2) The preliminary order of forfeiture (Doc. No. 33) is rescinded and declared void ab initio.

DONE, this the 7th day of February, 2008.

                <u>/s/ Myron H. Thompson</u>
                **UNITED STATES DISTRICT JUDGE**