IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      2:07cr136-MHT
KEITH ANDREW ANDERSON         )
```

ORDER

Based upon the representations made in open court on February 6, 2008, it is ORDERED as follows:

(1) The motion to strike forfeiture allegation (Doc. No. 49) is granted.

(2) The forfeiture allegation, in the information returned on July 16, 2007, is struck.

DONE, this the 7th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE